1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KENNETH DUNLAVY
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:20-mj-00067-BAM
12 |         Plaintiff,        | **STIPULATION TO CONTINUE STATUS CONFERENCE**
13 | vs.                       |
14 | KENNETH DUNLAVY,          | Date:   November 4, 2020
   |                           | Time:   10:00 a.m.
15 |         Defendant.        | Judge:  Hon. Jeremy D. Peterson

16

17       The parties, through their respective counsel, Joseph Barton, Assistant United States

18 Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender,

19 counsel for the defendant, Kenneth Dunlavy, hereby stipulate and jointly move this Court to

20 continue Mr. Dunlavy's status conference from September 16, 2020 until November 4, 2020.

21       On July 13, 2020, Mr. Dunlavy was arraigned before the honorable Jeremy D. Peterson.

22 Defense investigation is ongoing.  The undersigned defense counsel requests that Mr. Dunlavy's

23 status conference be continued until November 4, 2020 in order to undertake the necessary

24 investigation.  The Government does not object.

25 //

26 //

27 //

28 //

Dunlavy / Stipulation to Continue         -1-
Status Conference and Order

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | McGREGOR SCOTT<br>United States Attorney |
| 3 |  |  |
| 4 | Dated:  September 14, 2020 | */s/ Joseph Barton*<br>JOSEPH BARTON |
| 5 |  | Assistant United States Attorney |
| 6 |  |  |
| 7 | Dated:  September 14, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 |  |  |
| 9 |  | */s/  Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 10 |  | Assistant Federal Defender<br>Attorney for Defendant |
| 11 |  | KENNETH DUNLAVY |

Dunlavy / Stipulation to Continue           -2-
Status Conference and Order

**ORDER**

Good cause appearing, the above stipulation to continue case 1:20-mj-00067-BAM until November 4, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   September 14, 2020

_____
UNITED STATES MAGISTRATE JUDGE