# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH DUNLAVY,<br><br>Defendant. | Case No.  1:20-mj-00067-BAM<br><br>New Case No. 1:20-mj-00067-JDP<br><br>ORDER REASSIGNING ACTION FROM MAGISTRATE JUDGE BARBARA A. MCAULIFFE TO MAGISTRATE JUDGE JEREMY D. PETERSON |

IT IS HEREBY ORDERED that this action shall be reassigned from the docket of Magistrate Judge Barbara A. McAuliffe to the docket of Magistrate Judge Jeremy D. Peterson. All future pleadings and correspondence shall hereinafter be correctly numbered as follows:

1:20-mj-00067-JDP.

Use of an incorrect case number, including initials, may result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:   **September 16, 2020**           /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1