UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH DUNLAVY,<br><br>　　　　　Defendant. | Case No. 1:20-mj-00067-HBK-1<br><br>ORDER GRANTING MOTION TO TERMINATE PROBATION AND VACATE FINAL REVIEW HEARING<br><br>(Doc. No. 43) |

　　　　Pending before the Court is Defendant's motion to terminate probation and vacate final review hearing filed on October 25, 2023. (Doc. No. 43, Motion). Defendant petitions the Court to terminate Defendant's supervised probation and vacate the final review hearing. (*Id*.). On September 14, 2022, Mr. Dunlavy entered a guilty plea to Count Three of the Criminal Complaint and was sentenced to two years of supervised probation with several conditions. (Doc. Nos. 35, 36). On September 12, 2023, Mr. Dunlavy appeared for his First Probation Review Hearing. (Doc. No. 42). To date, Defendant has complied with all terms of his supervised probation and seeks to early terminate his term of supervised probation in order "to secure a better quality and higher paying job." (Doc. No, 43 at 2:4-5). The Government has no objection to the Motion. Significant to this Court's consideration is that Defendant's probation officer has stated that the U.S. Probation & Pretrial Services Officer in the Central District of California has no objection to Defendant's request for early termination. (Doc. No. 43-1).

Accordingly, it is **ORDERED**:

1. Defendant's Motion (Doc. No. 43) is GRANTED.

2. Pursuant to 18 U.S.C. § 3564(c), the Court terminates Defendant's supervised probation and discharges Defendant effective the date of this Order.

3. Defendant's July 9, 2024 Final Probation Review Hearing is vacated.

Dated:   November 1, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE